IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**ERNESTO, SIMPSON**

*Appellant*

vs.                                             25 cv 3751

**PCF PROPERTIES IN TEXAS LLC**

*Appellee*

United States Courts
Southern District of Texas
FILED

AUG 2 5 2025

Nathan Ochsner, Clerk of Court

## STATEMENT OF ELECTION

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):
   Ernesto Simpson

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   X **Plaintiff**
   ☐ Defendant
   ☐ Other (describe)

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe)

2. **Part 2: Identify the subject of this appeal.**

   1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
      Order Vacating Certain Orders Issued Prior to Removal.Doc. No.21].
   2. Order Holding Two Individuals in Contempt [Doc. No. 22].
   3. Order Denying Motion to Continue Hearing [Doc.No.11]
   4. Order Following Civil Contempt Hearing [Doc. No. 39]
   5. Order Following Review [Doc. No. 41]..
   
   2. State the date on which the judgment—or the appealable order or decree—was entered
      1. August 7, 2025 [Doc. No.21].
      2. August 7, 2025 [Doc. No.22].
      3. August 6, 2025 [Doc. No.11 ]
      4. August 11, 2025[Doc. No. 39]
      5. August 14, 2025 [Doc.48].

3. **Part 3: Identify the other parties to the appeal**

4. List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

| Party | Attorney |
|---|---|
| Ernesto Simpson | Pro, Se<br>Ernesto Simpson<br>8202 Terra Valley Lane<br>Tomball Tx, 77375 |
| PCF Properties in Texas LLC | Alzadia Spires<br>SBN:24099975<br>Spires Law Firm, P.L.L.C.<br>17515 Spring Cypress Rd. #C620<br>Cypress, Tx 77429<br>Phone: (713) 417-4662<br>alzadia@spireslawfirm.com |

4. **Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

X☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

Respectfully submitted

/s/ Ernesto Simpson
Ernesto Simpson Pro, Se
8202 Terra Valley Lane
Tomball Tx. 77375
N/A has No Phone Number at this time and has No email address at this time

## CERTIFICATE OF SERVICE

I certify that this document was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on counsel of on August 22, 2025.

*/s/ Ernesto Simpson*

TO : **U.S CLERK OF COURT**

**PLEASE FILE THE** (i) Statement of Election in the Case No. 25-CV- **3751** Presently on appeal.

**Dated: August 22, 2025.**

**THANK YOU**

United States Courts
Southern District of Texas
FILED

AUG 2 5 2025

Nathan Ochsner, Clerk of Court