| | |
|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

### HOUSTON DIVISION

In re: Elizabeth Thomas
   *Debtor*

Case No. 4:25−cv−03751<br>SDTX Bankruptcy 25adv03609

Ernesto Simpson
   *Appellant*

## NOTICE OF SETTING

### PLEASE TAKE NOTICE

HEARING: **Argument on Bankruptcy Appeal**

DATE: **3/16/2026**

TIME: **02:00 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.
Enter Meeting ID: 160 7362 7986#
No participant ID − press #, Followed by Passcode: 3716#.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN-PERSON HEARING, PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**　　　　　　　　　　　　　　　　　　　　　Date: March 9, 2026

By A. Rivera, Deputy Clerk