**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Elizabeth Thomas
   *Debtor*

Case Number: 4:25–cv–03751
SDTX Bankruptcy 25adv03609

Ernesto Simpson
   *Appellant*

# NOTICE OF NON–COMPLIANCE

The appellant (or counsel for the appellant, if represented) has failed to:

- Pay the notice of appeal filing fee.
- Submit the DKT13 transcript order form.

Date: May 7, 2026.

Nathan Ochsner, Clerk