# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

~~Elizabeth Thomas~~
*~~Debtor~~*

Case Number: 4:25−cv−03751
SDTX Bankruptcy 25adv03609

Ernesto Simpson
*Appellant*

United States Courts
Southern District of Texas
F I L E D

MAY 1 2 2026

Nathan Ochsner, Clerk of Court

## <u>NOTICE OF NON−COMPLIANCE</u>

The appellant (or counsel for the appellant, if represented) has failed to: *hearings set on Motion to Proceed as Poor Person*

- Pay the notice of appeal filing fee.
- Submit the DKT13 transcript order form. *− see attached*

Date: May 7, 2026.

Nathan Ochsner, Clerk



PRIORITY MAIL®

$12.90

Origin: 77379
05/11/26
4885860379-15

0 Lb 1.80 Oz

RDC 03

EXPECTED DELIVERY DAY: 05/13/26

C057

SHIP TO:
515 RUSK ST
HOUSTON TX 77002-2600

USPS TRACKING® #

9505 5118 3272 8131 1472 43

FLAT RATE
ONE RATE ■

TRACK|

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

■ Expected deliv
■ Domestic shipr
■ USPS Tracking
■ Limited interna
■ When used int

*Insurance does not
Domestic Mail Manu
**See International M

ial destinations.

coverage.

**UNITED STATES POSTAL SERVICE®**  |  **PRIORITY MAIL®**

VISIT US AT USPS.C
ORDER FREE SUPPLIES ONI

FROM: Ernesto Simpson
8302 Tomahawk Valley Lane
United States Court
Southern District of Texas
FILED Spring, Tx 77379

MAY 1 2 2026

Nathan Ochsner, Clerk of Court

TO: Intake Clerk
United States District Court
Southern District of Texas
Houston Division
515 Rusk Street
Houston Tx 77002

Label 228, December 2023    FOR DOMESTIC AND INTERNATIOI