United States District Court
Southern District of Texas
**ENTERED**
May 16, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re: Elizabeth Thomas,** | § | |
| | § | |
| *Debtor.* | § | |
| | § | **CIVIL ACTION NO. 4:25-cv-3751** |
| | § | |
| **Ernesto Simpson,** | § | |
| | § | |
| *Appellant.* | § | |

**ORDER**

Before the Court is Appellant Ernesto Simpson's Motions for Leave to Appeal In Forma Pauperis (ECF Nos. 7, 9).  Having reviewed the affidavit(s) submitted by Appellant, the Court hereby **GRANTS** the Motions.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 13th of May, 2026.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE