# UNITED STATES DISTRICT & BANKRUPTCY COURT
Southern District of Texas



20260507-16

Ernesto Simpson

8202 Terra Valley Lane
Tomball, TX 77375

515 Rusk Street
Houston, TX 77002
713-250-5500
https://www.txs.uscourts.gov/

United States Courts
Southern District of Texas
FILED

MAY 20 2026

Nathan Ochsner, Clerk of Court

Date: Thursday, May 7, 2026
Case Number: 4:25-cv-03751
Document Number: 12 (1 page)
Notice Number: 20260507-16
Notice: The attached order has been entered.

NOTICE:
Federal courts will never use a phone call or email to request personal or financial information, or to threaten recipients who don't comply. If you receive a threatening phone call or email, do not disclose any information. These types of phone calls and emails are fraudulent and are not connected with the federal courts.



CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

HOUSTON TX RPDC

12 MAY 2026 PM 1

FIRST-CLASS

US POSTAGE ~~PITNEY BOWES~~

ZIP 77002  **$ 000.74⁰**
02 7W
0008035818 MAY 11 2026

United States Courts
Southern District of Texas
FILED

MAY 20 2026

Nathan Ochsner, Clerk of Court

NIXIE      773   DE 1            0005/18/26
RETURN TO SENDER
VACANT
UNABLE TO FORWARD
BC: 77208101010      *2961-06428-12-44