Date: June 30, 2026

To : U.S District Clerk of Court

From: Ernesto Simpson

United States Courts
Southern District of Texas
FILED

JUL 06 2026

Nathan Ochsner, Clerk of Court

Case: Ernesto Simpson vs PCF Properties in Texas LLC Case No. 25-CV- 3751

Subject: Please up-date mailing address

Dear Clerk,

Please update my mailing address so that I may obtained the correct record for appeal as follows:


**Ernesto Simpson**
**C/O Cory Thomas**
**20027 Venetto Street**
**Spring Tx 77388**


**Thank You**

ERNESTO Simpson
C/O Cory Thomas
20027 VENE Ho Street
Spring Tx 77388

HOUSTON TX RPDC 773

2 JUL 2026 . PM 4 L



$0.74
US POSTAGE
FIRST-CLASS IMI
063S13170271
77388
000014531

U.S. District Clerk
Nathan Ochsner
P.O. Box 61010
Houston Tx 77208

United States Courts
Southern District of Texas
FILED

JUL 06 2026

Nathan Ochsner, Clerk of Court

77208-101010