United States Courts
Southern District of Texas
FILED
*September 08, 2026*
Nathan Ochsner, Clerk of Court

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 08, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-20201 Ernesto Simpson
USDC No. 4:25-CV-3751

The court has granted appellant's motion to reopen the appeal.

---

Sincerely,

LYLE W. CAYCE, Clerk

By: *Amanda M. Duroncelet*
Amanda M. Duroncelet, Deputy Clerk
504-310-7636

Mr. Nathan Ochsner
Mr. Ernesto Simpson